UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-21218-CIV-WILLIAMS

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

SCOTT BURKE,
         Defendant(s).
_____/

    KNOW ALL MEN BY THESE PRESENTS, that I, NEWMAN & MARQUEZ, P.A., Attorney of Record for the Plaintiff in the above-styled cause, wherein a Judgment in the sum of $7364.34 was recorded on 12/2/2014 in Official Records Book 51283, at Page 1998, of the Public Records of Broward County, Florida, said Judgment being duly recorded in the minutes of said Court, do hereby consent that the same shall be satisfied of record.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to SCOTT BURKE, 3037 LA MIRAGE DRIVE, LAUDERHILL, FL 33319 on this 17 day of November, 2020.

WITNESSES:

_____
ROBIN WILLIAMS

_____
ROSAIDA BOBADILLA

_____
Saudia A. Simmons  (FBN 14925)
NEWMAN & MARQUEZ, P.A.
Attorneys for Plaintiff
1533 Sunset Dr., Suite 225
Coral Gables, Florida 33143
Tel. (305) 665-9633

STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)SS:

    The foregoing satisfaction was acknowledged by Saudia A. Simmons, who is personally known to me, who took an oath, and who acknowledged executing this Satisfaction of Judgment in the presence of two subscribing witnesses freely and voluntarily on this 17 day of November, 2020.

My Commission Expires:

_____
Notary Public, State of Florida

GAIL DEMBROW
Commission # HH 000455
Expires June 28, 2024
Bonded Thru Troy Fain Insurance 800-385-7019